UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RITA JO BURLESON, | ) | CASE NO. C07-2019-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON PLAINTIFF'S MOTION |
| | ) | FOR EQUAL ACCESS TO JUSTICE |
| MICHAEL J. ASTRUE, | ) | ACT FEES |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having considered the papers filed in support of and opposition to plaintiff's Motion for Equal Access to Justice Act Fees, as well as the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, hereby ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for Equal Access to Justice Act Fees (Dkt. # 23) is GRANTED in part and DENIED in part;

(3) Plaintiff counsel is hereby awarded attorney's fees in the amount of $8,649.69, costs in the amount of $20.25, and expenses in the amount of $58.59, for a total award of $8,728.53; and

(4) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 9th day of February, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON PLAINTIFF'S MOTION FOR
EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -2